UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LEVI NEEFF,

    Plaintiff,

CASE NO.: 3:21-cv-00562-BJD-JBT

v.

WAL-MART STORES EAST, L.P.

    Defendant.

_____/

## STIPULATED AGREEMENT REMANDING CASE TO STATE COURT

The parties, through their undersigned counsel and pursuant to Local Rule 3.05, hereby submit this Stipulated Agreement Remanding Case to State Court as state as follows:

1. The parties concede the existence of a stipulation remanding this case to state court, case number 2021-CA-000398, division CV-A. This satisfies Local Rule 3.05(a).

2. Both parties confirm this stipulation in this writing, satisfying Local Rule 3.05(b).

3. This stipulation will be filed upon execution, satisfying Local Rule 3.05(c).

Dated this 4th day of June, 2021.

1

| **FARAH AND FARAH, P.A.** | **LUKS, SANTANIELLO, PETRILLO, C O H E N & PETERFRIEND** |
|---|---|
| */s/ Douglas W. Shanteau* | */s/ Allison B. Ziegler* |
| Douglas W. Shanteau, Esq. | Allison B. Ziegler, Esq. |
| Florida Bar No.: 99153 | Florida Bar No.: 00849445 |
| 10 West Adams Street | 301 W. Bay Street, Suite 1010 |
| Jacksonville, Florida 32202 | Jacksonville, Florida 32202 |
| Telephone: 904-479-9664 | Telephone: 904-791-9191 |
| dshanteau@farahandfarah.com | aziegler@insurancedefense.net |