UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LEVI NEEFF,

    Plaintiff,

v.                                           Case No.: 3:21-cv-562-BJD-JBT

WAL-MART STORES EAST, LP,

    Defendant.

_____/

## ORDER

**THIS CAUSE** is before the Court on the parties' Stipulated Agreement Remanding Case to State Court, which the Court construes as a motion to remand (Doc. 8; Stipulation). In the Stipulation, the parties concede the existence of a stipulation remanding this case to the state court.

Accordingly, after due consideration, it is

**ORDERED**:

The Clerk of the Court is **DIRECTED** to remand this case to the Circuit Court for the Fourth Judicial Circuit, in and for Clay County, Florida, and to transmit a certified copy of this Order to the clerk of that court. The Clerk of the Court shall then close this file and terminate any remaining motions and deadlines.

**DONE AND ORDERED** in Jacksonville, Florida, this 8th day of June, 2021.

                                                                              BRIAN J. DAVIS
                                                                              United States District Judge

7

Copies to: Counsel of Record